ACCEPTED
01-14-00937
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/22/2015 4:32:38 PM
CHRISTOPHER PRINE
CLERK

No. 01-14-00937-CV

_____

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/22/2015 4:32:38 PM
CHRISTOPHER A. PRINE
Clerk

IN THE COURT OF APPEALS
FOR THE FIRST DISTRICT OF TEXAS
HOUSTON, TEXAS

_____

DEBORAH A. BECK and NANCY BECK-DEANE,

*Appellant,*

V.

DAVE ESCOBALES,

*Appellee.*

From Cause No. 2013-07491; 125th Judicial District Court
Harris County, Texas

_____

**APPELLEE'S DESIGNATION OF LEAD COUNSEL**
_____

TO THE HONORABLE FIRST COURT OF APPEALS OF TEXAS:

Appellee, Dave Escobales, designates Alvin L. Zimmerman as his lead counsel on appeal, for all purposes in the instant appeal, including all notices to and from the Court, pursuant to *TRAP 6.1(b) et seq.*

1.     Russell C. Ducoff was trial counsel when this case was tried in 125th District Court of Harris County, Texas.

2.     Appellee, Dave Escobales, under Texas Rules of Appellate Procedure 6.1(c), designates Alvin L. Zimmerman as lead counsel for this appeal.

5.     The necessary information for Alvin L. Zimmerman is as follows:

1

Texas Bar No.: 22265000
Zimmerman, Axelrad, Meyer, Stern & Wise, P.C.
3040 Post Oak Blvd., Suite 1300
Houston, Texas 77056
(713) 212-2611
(713) 212-2710
azimmerman@zimmerlaw.com

6.      For these reasons, Appellee, Dave Escobales, asks the Court to instruct the Clerk to change the record to reflect that Alvin L. Zimmerman is lead counsel for Appellee in this case on appeal.

Respectfully submitted,

**ZIMMERMAN AXELRAD MEYER STERN & WISE, P.C**.

_/s/ Alvin L. Zimmerman_

By:    Alvin L. Zimmerman
        State Bar No.: 24046641
        3040 Post Oak Blvd., Suite 1300
        Houston, Texas 77056
        Telephone: (713) 212-2691
        Facsimile:  (713) 212-2790
        azimmerman@zimmerlaw.com

ATTORNEYS FOR APPELLEE
DAVE ESCOBALES

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent by e-file, fax and/or certified mail, return receipt requested on this the 22nd day of January, 2015 to the following:

Russell C. Ducoff
4615 Southwest Freeway, Suite 500
Houston, Texas 77027-7106

Mr. David Escobales
1038 Boucher Avenue
Annapolis, Maryland 21403

Kathleen Anne O'Conner
Jones Gillaspia & Lloyd, LLP
4400 Post Oak Parkway, Suite 2360
Houston, Texas 77027

                                */s/ Alvin L. Zimmerman*
                                Alvin L. Zimmerman

3